■    In the Matter of the Claim of JOHN C. VISCARDI, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 20, 1975, which affirmed the decision of the referee sustaining the initial determination of the Industrial Commissioner holding claimant ineligible to receive benefits effective February 10, 1975 because he was not available for employment. Questions of credibility and the sufficiency of efforts to obtain employment are factual matters for the board to resolve and its determination thereof may not be disturbed when based upon substantial evidence. Such evidence clearly exists in this record for it appears that claimant's attempts to obtain employment were in a field in which he had little or no experience and he did not diligently seek employment in occupations for which he was suited *(Matter of Schachter [Levine],* 49 AD2d 996). Decision affirmed, without costs. Greenblott, J. P., Sweeney, Kane, Main and Reynolds, JJ., concur.

■    In the Matter of the Claim of BOBBIE J. PATTERSON, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed January 3, 1975, which affirmed the decision of a referee sustaining an initial determination of the Industrial Commissioner disqualifying claimant from receiving benefits upon the ground that he lost his employment due to his own misconduct in connection therewith. A finding of misconduct is a factual one and solely within the province of the board, and its decision, when supported by substantial evidence, which is the situation here, must be affirmed. Absenteeism, after a warning of the consequences upon recurrence, is equivalent to misconduct (cf. *Matter of Rivera [Levine],* 47 AD2d 569). Claimant's protestations concerning the receipt of hearsay evidence are without merit (Labor Law, § 622, subd 2; *Matter of Simpson [Catherwood],* 9 AD2d 967). Decision affirmed, without costs. Greenblott, J. P., Sweeney, Kane, Main and Reynolds, JJ., concur.